**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**LARY BLOCK,
ADC #090023**                                                              **PLAINTIFF**

V.                 **CASE NO. 1:16-CV-120-KGB-BD**

**MATHEW JAMES, et al.**                                        **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**     **Discussion**

Jeffery Elmore, an Arkansas Department of Correction inmate, filed this lawsuit on behalf of himself, Lary Block, and others. (Docket entry #1) Mr. Block did not submit an *in forma pauperis* (IFP) application or pay a filing fee. On September 19, 2016, the Court ordered him to do one or the other within thirty days. (#2)

On September 26, 2016, the September 19 Order was returned to the court because Mr. Block was no longer in custody at the North Central Unit of the ADC.  (#3)  A new address for Mr. Block was provided to the Court, however, on the returned envelope.

On September 27, 2016, the Court issued an order instructing the Clerk to update Mr. Block's address and to send him a non-prisoner IFP application at the updated address.  (#4)  In the September 27 Order, the Court ordered Mr. Block to complete and return the IFP application or pay a $400 filing fee within thirty days.  The Court specifically cautioned Mr. Block that his failure to address the filing fee, as ordered, could result in the dismissal of his claims, without prejudice.  Local Rule 5.5(c)(2).

To date, Mr. Block has failed to respond to the Court's September 27 Order.  The deadline for complying with the Court's Order has expired.

### III.   Conclusion

The Court recommends that Mr. Block's claims be DISMISSED, without prejudice, based on his failure to address the filing fee requirement, as ordered.

DATED this 1st day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE