IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LARY BLOCK,
ADC #090023                                                                                      PLAINTIFF

v.                              Case No. 1:16-cv-120 KGB/BD

MATHEW JAMES, *et al.*                                                                  DEFENDANTS

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere (Dkt. No. 5). No objections to the Recommendation have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Lary Block's complaint (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 16th day of October, 2017.

Kristine G. Baker
United States District Judge