IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LARY BLOCK,**
**ADC #090023**   **PLAINTIFF**

v.   Case No. 1:16-cv-120 KGB/BD

**MATHEW JAMES,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this 16th day of October, 2017.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge